UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 13-30824-7 |
| Mark R.K. Hughes ) | Judge Richard L. Speer |
| Theresa L. Hughes ) | |
| ) | CERTIFICATE OF SERVICE OF |
| 2289 Ruthanne Dr. ) | TAX INFORMATION TO TRUSTEE |
| Toledo, OH 43611 ) | |
| Debtors ) | |

\* \* \* \* \*

This is to certify that on the 8th day of March, 2013, a copy of the Debtors' 2012 Federal Income Tax Return was mailed to the Chapter 7 Trustee, Louis J. Yoppolo, 1200 Edison Plaza, 300 Madison Ave., Toledo, Ohio 43604, by ordinary U.S. Mail.

 /s/ Gordon R. Barry
Gordon R. Barry (0010883)
Attorney for Debtors
420 Madison Avenue, Suite 1010
Toledo, Ohio 43604
(419) 241-6285/(419) 241-8003 (Fax)
grb1@accesstoledo.com

CERTIFICATE OF SERVICE

I certify that on March 8, 2013, a true and correct copy of Debtors' Certificate of Service of Tax Information to Trustee was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Office of the United States Trustee at ustp.region09@usdoj.gov

Louis J. Yoppolo, on behalf of the Chapter 7 Trustee's office,
at yoppolo-tr@snhslaw.com

And by regular U.S. mail, postage prepaid, on:

None.

/s/ Gordon R. Barry
Gordon R. Barry (0010883)
Attorney for Debtors
420 Madison Avenue, Suite 1010
Toledo, Ohio 43604
(419) 241-6285/(419) 241-8003 (Fax)
grb1@accesstoledo.com